UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERALD CALLAHAN,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN HEDGPETH,<br><br>    Respondent. | No. CV 07-8053 AHM (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice as time-barred.

DATED: 12/1/08

A. HOWARD MATZ
United States District Judge